**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re:<br><br>MAVERIX LLC,<br><br>Debtor. | ) | Case No. 26-16423-MER<br><br>Chapter 11 |
| COOPERREILLY INVESTMENT FUND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAVERIX LLC,<br><br>Defendant. | ) | Adv. No. 26-01240-MER |

## AMENDED CERTIFICATE OF SERVICE

I certify that on September 22, 2026, I served complete copies of (i) *Complaint* [Docket No. 1]; (ii) *Summons in an Adversary Proceeding* [Docket No. 6]; and (iii) *Notice to Litigants* on the following parties by regular U.S. mail in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Maverix LLC
2755 Winter Way
Parker, CO 80138

Matthew C. Campbell
Law Offices of Matthew C Campbell LLC
170 East 12th Street, Suite 9
Durango, CO 81301

*/s/ Patrick R. Akers*
Patrick R. Akers (54803)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
pakers@markuswilliams.com

*Counsel for Plaintiff*